**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MIGUEL ALDANA et al.,

Plaintiffs,

v. CASE NO. 8:26-cv-1745-JLB-GDP

ZAN SHAIKH and BRIGHT VISION DISTRIBUTION, LLC,

Defendants.
______________________________/

# ORDER

This cause came on for consideration upon the Motion for Entry of Clerk's Default (Doc. 11). The plaintiffs seek for the clerk to enter a default pursuant to Federal Rules of Civil Procedure 12(a)(1)(A) and 55(a) and Local Rule 1.10 (Doc. 11, p. 1). The defendants, Zan Shaikh and Bright Vision Distribution, LLC, have failed to serve or file an answer to the plaintiffs' Complaint (Doc. 1) in this action.

According to Federal Rule of Civil Procedure 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." The clerk's entry of default causes all well-pleaded allegation of fact to be deemed admitted. Buchanan v. Bowman, 820 F.2d 359, 361 (11th Cir. 1987). The plaintiffs filed the Complaint (Doc. 1) on June 16, 2026, and accordingly Zan Shaikh and Bright Vision Distribution, LLC have not filed a responsive pleading or filed an extension of time.

Additionally, Federal Rule of Civil Procedure 12(a)(1)(A) requires a defendant to serve an answer within twenty-one days of being served with the summons and complaint. The defendants were served on June 24, 2026 (Doc. 11-1) and more than twenty-one days have passed without the defendants responding to the Complaint.

Moreover, because Zan Shaikh and Bright Vision Distribution, LLC have failed to file an answer with respect to the plaintiff's Complaint, a default should be entered against Zan Shaikh and Bright Vision Distribution, LLC. Thus, this motion will be granted.

It is, therefore, upon consideration,

ORDERED:

That the Motion for Entry of Clerk's Default (Doc. 11) be, and the same is hereby, **GRANTED**. Thus, the clerk is **DIRECTED** to enter a default in this matter against the defendants, Zan Shaikh and Bright Vision Distribution, LLC.

DONE and ORDERED at Tampa, Florida, this 24 day of August 2026.

GREGORY D. PIZZO
UNITED STATES MAGISTRATE JUDGE